**STATE of Missouri,
Plaintiff/Respondent,**

v.

**John MCNEELY, Defendant/Appellant.**

**No. ED 104015**

Missouri Court of Appeals,
Eastern District,
**Division Three.**

Filed: March 21, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied April 27, 2017

Kevin M. Whiteley, St. Louis, MO, For Appellant.

Daniel N. McPherson, Jefferson City, MO, For Respondent.

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., and Lisa S. Van Amburg, J.

## ORDER

### PER CURIAM

John McNeely appeals the trial court's judgment after a jury convicted him of two counts of first-degree child molestation. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).